### The Town of Townsend vs. the Town of Athens.

That the statute must be strictly complied with in the service of a *warning-out process*, all being a statute *regulation*.

THE facts in this case will sufficiently appear in the following opinion of the court delivered by

HUTCHINSON, J.    The Town of Townsend, by an order of removal, regularly removed one *Jonas Deputrin*, a pauper, from said *Townsend* to said *Athens*, as the place of his last legal settlement; and said town of *Athens* appealed from said order ; and, upon an issue to the jury whether said *Athens* was the place of said pauper's last legal settlement, there was no dispute but that said issue was *prima facie* made out on the part of said *Townsend*, by showing such a residence of the pauper in the said town of *Athens*, as by the law then in force, gained him a settlement.    The town of *Athens* then offered, in their defence, a certified copy of the records of said town of *Athens*, showing that said pauper was warned out of said town with a view to prevent his gaining a set-

tlement there.   This copy of }        Windham, Feb. 1828.
the record was objected to on  } *Town of Townsend* vs.  *Town of Athens.*
the part of *Townsend*, and was rejected by the court, and a verdict
was returned in favor of *Townsend*, and exception was taken to
the decision of the court, in rejecting said copy of record.   The
case has come up to this court, and has been argued upon said ex-
ception.     The only question now to be decided is whether said
copy of record was rightly excluded ?   The warning, signed by the
selectmen, and directed to the constable, was perfectly correct and
in conformity to the statute.   The court also are satisfied with the
dates and sufficiency of recording.   The objection rests upon the
constable's return of his service ; which the town clerk appears to
have retained in its omissions and defects, even of spelling.   It is
as follows :   "*Athens, May* 28, 1817.   Then served the with in
" precpt by  leaving a true and  attest  copy with the with *Jonas*
" with my return hereon thereon indorsed.
            " *Attest, Orin  Colburn,  Constable.*."
The court are with propriety reminded in argument, that the
question that now arises  is a question of strict right, with no equi-
ty on either side ; and if the town of *Athens* have substantially
complied with the requisitions of the statute in their warning-out
of the pauper, then as a matter of right, they have thrown him up-
on *Townsend*.   If they have  failed  in this, they have failed in
their defence.   The bad spelling, and the failure in  the return to
say who served, and the  defect of saying of what a copy was left,
the  court can supply by intendment ;  the officer's signing the re-
turn tells who served the precept.   The having served the precept,
by leaving  a copy, affords  an  intendment that he left a copy of
the precept.    But when the return  says that he left that copy
"with the with *Jonas*," and we ask what *Jonas*, or *Jonas* who ?
we must answer it by conjecture.   He had not before named
any *Jonas* in his return, nor if  he had, was there any allusion to
it.   Had the return been  worded  with  the within *Jonas* ; there
was literally no *Jonas* there ; but we  should, by intendment, have
supplied the word "*named*," so that it would have been the *within
named Jonas*.   Then the  return  would have  been established.
The record itself is shown with a small blot at the end of the word
*with,* and we are urged to imagine that the blot came by the run-

Windham Feb. 1828.      ⟩ ning of the ink of the letters
*Town of Townsend vs. Town of Athens.* ⟨ i n.      There is no semblance
of those letters there, nor would any person even suspect they
ever could have been there by the appearance merely.    There is
no need of this conjecture, for we might as well conjecture that
any, and every thing, else was as it should have been, and thus
supply all the defects at once.   We must not decide questions by
conjecture.   The officer's return must show that he left his copy
with the person with whom he ought to leave it; and, for want of
this, in the present case, the court consider the copy correctly ex-
cluded, and the judgment of the County Court is affirmed with
cost.

.  *Kellogg*, for Defendants.
.  *Ransom*, for Plaintiffs.